IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AARON MULVEY, Individually and on Behalf of Himself, and all Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-CV-1271-K |
| ALLSTATE INSURANCE COMPANY, ALLSTATE TEXAS LLOYDS, INC., and Doe Individuals and Corporations 1-100 Inclusive, | § § § § § | |
| Defendants. | § | |

## **JUDGMENT**

This Final Judgment is entered pursuant to the Court's Memorandum Opinion and Order entered this same date, in which the Court granted Defendants Allstate Insurance Company and Allstate Texas Llyods, Inc.'s Motion to Dismiss.

It is therefore, **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff takes nothing by his suit against Defendants, and that Plaintiff's claims against Defendants Allstate Insurance Company and Allstate Texas Llyods, Inc.are **DISMISSED without prejudice**.

**SO ORDERED.**

Signed December 4th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE